UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY ALLEN TAYLOR,
    Plaintiff,

v.

                      Case No.: 1:07-cv-1233

                      HONORABLE PAUL L. MALONEY

CRAIG LANTAGNE,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 88). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendant's motion for summary judgment (ECF No. 79) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court finds no good-faith basis for appeal within the meaning of 28 U.SC. §1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

**This action is terminated**.

Dated: September 3, 2015                  /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       United States District Judge