UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY ALLEN TAYLOR,
        Plaintiff,

                                  Case No. 1:07-cv-1233

v.

                                  HONORABLE PAUL L. MALONEY

CRAIG LANTAGNE,
        Defendant,
_____/

### JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant on all of plaintiff's claims for damages.


Date: September 3, 2015                                    /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District